IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LENNIE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-21-1366 |
| | § | |
| WELLS FARGO N.A., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| BL ENTERPRISE LLC, | § | |
| | § | |
| Nominal Defendant | § | |

**MEMORANDUM & ORDER**

Lennie Jackson has once again sued Wells Fargo seeking to contest foreclosure proceedings on the home at 12631 Drifting Winds Drive, Houston, TX 77044. This court addressed Jackson's claims in a previous case, *Lennie Jackson v. Wells Fargo N.A.*, No. CV H-20-1172. In that case, the court dismissed Jackson's claims and granted summary judgment for Wells Fargo on two grounds: first, Jackson lacked standing to pursue claims pro se on behalf of a corporation, BL Enterprise, and second, his claims were utterly without merit. *See Jackson*, No. CV H-20-1172, Docket Entry Nos. 174, 178. The court entered final judgment that neither Jackson nor BL Enterprise had an ownership interest in the property at Drifting Winds Drive, and that Wells Fargo validly foreclosed on and acquired title to the property. *Id.*, Docket Entry No. 182.

Despite the judgment against him, and this court's instruction that the proper avenue for him to pursue his claims was through appeal to the Fifth Circuit, Jackson continued to file frivolous motions in the district court and informed opposing counsel that he intended to file a state court lawsuit asserting the dismissed claims. *See id.*, Docket Entry No. 215. This court entered a temporary restraining order

and a permanent injunction against him under the All Writs Act, 28 U.S.C. § 1651. *Id.*, Docket Entry Nos. 216, 223. The injunction provides as follows:

> Lennie Jackson is enjoined from filing any new lawsuit in any court, whether or State or Federal, to challenge the ownership or the validity of the August 7, 2018 foreclosure sale of the real property located at 12631 Drifting Winds Drive, Houston, Texas 77044, described as:
>> LOT TWENTY-ONE (21), IN BLOCK THREE (3) OF PARKWAY FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 194, PAGE 119 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

*Id.*

Jackson's appeal from the prior judgment has been dismissed for want of prosecution, *id.*, Docket Entry No. 225, and he once again filed suit in state court on the same dismissed claims. (Docket Entry No. 1). This lawsuit is foreclosed both by res judicata and by the permanent injunction.

Wells Fargo's motion to dismiss, (Docket Entry No. 5), is granted. Jackson's claims are dismissed with prejudice. All costs are taxed to Jackson.

SIGNED on May 7, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge